**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RODNELL D. SMITH                                                                                      PLAINTIFF
ADC #127249

V.                                        NO: 4:06CV00345 SWW/HDY

M. SHELTON *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 27th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE